A95A1268. THE STATE v. ANDERSON et al.
(478 SE2d 145)

BIRDSONG, Presiding Judge.

In *Anderson v. State*, 267 Ga. 116 (475 SE2d 629), the Supreme Court reversed the judgment of this Court in *State v. Anderson*, 218 Ga. App. 643 (463 SE2d 34). Therefore, our judgment in this appeal is vacated and the judgment of the Supreme Court is made the judgment of this Court. Accordingly, the judgment of the trial court is affirmed and the case remanded to the trial court.

*Judgment affirmed and case remanded. Johnson and Smith, JJ., concur.*

DECIDED NOVEMBER 1, 1996.

*J. Tom Morgan*, District Attorney, *Gregory J. Lohmeier*, Assistant District Attorney, for appellant.
*Stephen T. Maples, Victoria D. Little*, for appellees.